# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **JOHNNY L. LASLEY,** | Civil File No. 11-cv-2553 JAR/JPO |
|     **Plaintiff,** | |
| vs. | **NOTICE OF DISMISSAL WITH PREJUDICE** |
| **ALLIED INTERSTATE, INC.,** | |
|     **Defendant.** | |

**NOTICE IS HEREBY GIVEN** that, pursuant to Fed. R. Civ. P. 41(a)(1)(i), the above-entitled action by Plaintiff may be, and hereby is dismissed on its merits with prejudice, without costs, disbursements or attorney's fees to any party, and that a judgment of dismissal with prejudice and on the merits may be entered in the above-entitled action pursuant hereto.

Respectfully submitted,

Dated: November 17, 2011

By: /s/ J. Mark Meinhardt
J. Mark Meinhardt KS # 20245
4707 College Blvd, Suite 100
Leawood, KS 66211
Telephone:    (913) 451-9797
Facsimile:    (913) 451-6163
Email:        meinhardtlaw@sbcglobal.net
**ATTORNEY FOR PLAINTIFF**